MJSTAR Reporting: INITIAL APPEARANCE, Length of Hearing (minutes): _____
ARRAIGNMENT, Length of Hearing (minutes): 2min

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

vs.   CASE NO:   4:15CR00164-04 KGB
Superseding Indictment

Joseph Kantz

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 29 2015
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 12/29/2015          Deft is ✓ is not ____ in custody
Continued Until: _____        ____ Deft did not appear
Reason for continuance _____    ____ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Erin O'Leary**
Defense Counsel: CJA Phillips         (Appointed) / Retained
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT    )    CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty ✓ _____ )    Not Guilty _____ )
Guilty (indicates desire) _____ )    Guilty _____ )
Nolo Contendere (desire) _____ )    Nolo Contendere (_____) )

____✓____ Demands Trial by Jury         _____ Waives Jury Trial
                                         Deft agrees _____
                                         Govt agrees _____

### BAIL

Bail Set at: Detain     By: JJV     Date: 12/28/15

Bail Changed to: _____  By: _____   Date: _____

Number of Days estimated for Trial: **3 days**.
Estimated Trial Date: **2/1/2016 @ 9:00 a.m., before the Honorable Judge Kristine G. Baker in Room 4C. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

DATE: 12/29/2015     SO ORDERED: _____
                     U. S. MAGISTRATE JUDGE