### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**v.**                    **Case No. 4:15-cr-00164-08 KGB**

**HERIBERTO PEDRAZA-GARCIA**                                                **DEFENDANT**

### ORDER

Pending is defendant Heriberto Pedraza-Garcia's motion for continuance of his February 1, 2016, trial date (Dkt. No. 107). The motion states that the government has no objection to the motion. Co-defendants Joseph Kantz and Jaime Murillo-Gomez are also scheduled for trial on February 1, 2016. Co-defendant James Rice is scheduled for trial on February 8, 2016. Counsel for co-defendants Mr. Kantz, Mr. Murillo-Gomez, and Mr. Rice have communicated to the Court that they have no objection to the motion. Currently, co-defendants Ivan Pedraza, Elsa Solis, Fredy Pedraza, and Ignacio Arciano Pedraza are set for jury trial on May 3, 2016 (Dkt. Nos. 55, 77).

The Court has fully considered the motion and finds that the interest of justice served by granting the continuance outweighs the best interest of the public and defendants for a speedy trial in that the issues herein are such that to deny the motion would deny counsel for defendants the reasonable time necessary for effective preparation for trial and to develop any and all proper defenses which might be averred on the defendants' behalf.

The Court finds that no severance has been granted on behalf of any defendant in this matter. Since the defendants are jointly indicted on similar evidence from the same event, defendants' trial should be conducted on the same date.

It is so ordered that defendant Mr. Pedraza-Garcia's motion for continuance of his February 1, 2016, trial date be granted (Dkt. No. 107). Therefore, as to all defendants herein,

this matter is scheduled for trial to a jury to begin at 9:30 a.m. the week of ***Tuesday, May 3, 2016,*** in Little Rock, Arkansas. Counsel are to be present 30 minutes prior to trial. Jury instructions should be electronically submitted to the Court by ***April 19, 2016,*** to kgbchambers@ared.uscourts.gov.

Defense counsel should confer with the government and counsel for co-defendants to determine any *Bruton* problems, *see Bruton v. United States*, 391 U.S. 123 (1968), no later than 60 days prior to the trial date.

It is further ordered that the delay occasioned by this continuance shall be excludable under the provisions of the Speedy Trial Act, specifically 18 U.S.C. § 3161(h)(7)(A) as to defendant Heriberto Pedraza-Garcia and 18 U.S.C. § 3161(h)(6) as to defendants Joseph Kantz, James Rice, and Jaime Murillo-Gomez.

Dated this 14th day of January, 2016.

_____
Kristine G. Baker
United States District Judge