# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

VS.                  **NO. 4:15-CR-164-4-KGB**

**JOSEPH KANTZ**                                                               **DEFENDANT**

## ORDER

On this date, hearing was held on the Government's motion to revoke pretrial release. (Docket entry #136). Immediately prior to the hearing, Mr. Kantz tested presumptively positive for methamphetamine.

Mr. Kantz did not contest the Government's motion to revoke pretrial release, and agreed to detention. Accordingly, the motion to revoke (#136) is GRANTED. Mr. Kantz is remanded to the custody of the United States Marshal for detention pending trial or other resolution.

IT IS SO ORDERED this 26th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE