AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Arkansas

| | | |
|---|---|---|
| United States of America | ) | 1609-0808-1092-B |
| v. | ) | |
| **Joseph Kantz** | ) | **Case No.**   4:15-CR-164-04 KGB |
| | ) | |
| *Defendant* | ) | |

*(right margin, rotated stamp)* 2016 AUG -8 AM 11:21 U.S. Marshal Eastern Arkansas — Received

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 26 2016

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Joseph Kantz,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☒ Pretrial Release Violation Petition      ☐ Violation Notice      ☒ Order of the Court

This offense is briefly described as follows:

Pretrial Release Violations, as further explained in the attached documents.

Date:   August 8, 2016

_____
*Issuing officer's signature*

City and state:   Little Rock, Arkansas

JAMES W. McCORMACK, CLERK, EASTERN DIST. OF ARKANSAS
*Printed name and title*

---

| **Return** |
|---|
| This warrant was received on *(date)* 8/8/2016 , and the person was arrested on *(date)* 8/24/16 at *(city and state)* Fairfield Bay, AR . |
| Date:  8/25/16                            _____ *Arresting officer's signature*  Chris J. Harris *Printed name and title* |